# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2023

### NO. 03-22-00303-CV

**Francine Lee Lankford and Frank T. Vickers, Appellants**

**v.**

**Salvador Abreo and Frank J. Dzienowski, Jr, Appellees**

---

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
AFFIRMED IN PART, REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE JONES**

---

This is an appeal from the interlocutory order signed by the trial court on May 13, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the order dismissing Vickers's claim against Dzienowski. Therefore, the Court affirms that portion of the trial court's interlocutory order. The Court further holds that there was reversible error in the portion of the order granting Abreo's plea to the jurisdiction. Therefore the Court reverses the portion of the trial court's interlocutory order dismissing Lankford's claims against Abreo and remands the case against him to the trial court for further proceedings. Vickers and Abreo shall each bear one-half of the costs of appeal, both in this Court and in the court below.